Gwen Rutar Mullins, Esq.
Nevada Bar No. 3164
Jonathan R. Martin Esq.
Nevada Bar No. 15959
**HOWARD & HOWARD ATTORNEYS PLLC**
3800 Howard Hughes Pkwy., Ste. 1000
Las Vegas, NV 89169
Telephone: (702) 257-1483
Facsimile: (702) 567-1568
E-Mail Address: grm@h2law.com

*Attorneys for Casas Construction
and Daniel J. Casas*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of CASAS CONSTRUCTION,<br><br>Plaintiff,<br><br>vs.<br><br>SIERRA RANGE CONSTRUCTION, a California corporation; PHILADELPHIA INDEMNITY INSURANCE COMPANY, AND DOES I through V, inclusive,<br><br>Defendants. | Case No.: 2:21-CV-00573-RFB-BNW<br><br><br><br>**PLAINTIFF/COUNTER-DEFENDANTS' MOTION TO WITHDRAW KIRILL V. MIKHAYLOV, ESQ. AS COUNSEL OF RECORD OF RECORD** |
| AND RELATED MATTERS. | |

**TO ALL CLERKS OF THIS COURT AND ALL PARTIES OF RECORD:**

Pursuant to Local Rule IA 11-6(b), Plaintiff/Counter Defendant CASAS CONSTRUCTION and Counter Defendant DANIEL CASAS (jointly referred to as "Casas") hereby move this Court for an order approving the withdrawal of Kirill V. Mikhaylov, Esq. ("Mr. Mikhaylov") as counsel of record for Casas. Mr. Mikhaylov is no longer with the law

firm of Howard & Howard Attorneys PLLC. Therefore, Casas requests, through its counsel Howard & Howard Attorneys PLLC and jointly with Mr. Mikhaylov, for an order approving the withdrawal of Mr. Mikhaylov as counsel of record in this matter. Mr. Mikhaylov also may be removed from all further notices in this action.

Casas continues to be represented in this matter by its counsel of record, Howard & Howard Attorneys PLLC and, in particular, by Gwen Rutar Mullins, Esq. and Jonathan R. Martin, Esq. of that firm.

DATED: March 13, 2023.

DATED: March 13, 2023.

**HOWARD & HOWARD ATTORNEYS PLLC**

_____
Gwen Rutar Mullins, Esq.
Nevada Bar No. 3164
Jonathan R. Martin Esq.
Nevada Bar No. 15959
3800 Howard Hughes Pkwy., Ste. 1000
Las Vegas, NV 89169
*Attorneys for Plaintiff/Counter-Defendants*

_____
Kirill V Mikhaylov, Esq.
6850 S. Rainbow Blvd., Ste 200
Las Vegas, NV 89118

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE
DATED: _ March 14, 2023

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of March 2023, I caused to be electronically uploaded a true and correct copy in Adobe "pdf" format of the above document to the United States District Court's Case Management and Electronic Case Filing (CM/ECF) system. After the electronic file of the document, service is deemed complete upon transmission of the Notice of Electronic Filing ("NEF") to the registered CM/ECF users. All counsel of record are registered users.

_____
Victoria -Lynn Agunos, an employee of
HOWARD & HOWARD ATTORNEYS PLLC

4883-2460-0919, v. 2